**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6282**

ANIRUDH LAKHAN SUKHU,

        Petitioner – Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.  (1:15-cv-00120-WDQ; 1:08-cr-00557-WD)

Submitted:  June 17, 2015        Decided:  June 24, 2015

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anirudh Lakhan Sukhu, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anirudh Lakhan Sukhu appeals the district court's order dismissing his petition for a writ of mandamus for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sukhu v. United States, Nos. 1:15-cv-00120-WDQ; 1:08-cr-00557-WD (D. Md. Jan. 29, 2015). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED